Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| KURT WAYNE NATION | Case No. 2:19-13839-EPB |
| YOLANDA CHACON NATION | TRUSTEE'S MOTION TO DISMISS |
| Debtor(s) | |

COMES NOW Edward J. Maney, Trustee in the above-captioned Chapter 13 Proceeding and states that the debtor(s) is/are in default under the terms of their Chapter 13 Plan. Plan payments are 3 months delinquent and no showing has been made of any just cause for the default.

Total delinquency as of this date: $4353.00

The next scheduled payment is due: 8/29/20

**Debtors is required to pay no less than $5704.00 by 09/19/2020 to avoid dismissal of this case.**

The Trustee will lodge an order dismissing this case if the debtor(s) fail to meet one of the following requirements:

1. All Plan payments must be current by 09/19/2020.
2. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.
3. The debtor(s) file an Amended or Modified Plan including a Moratorium of Plan Payments with the Court and serve a copy on the Trustee.

| | |
|---|---|
| 1 | Dated: See Electronic Signature |
| 2 | EDWARD J. MANEY<br>CHAPTER 13 TRUSTEE |
| 3 | |
| 4 | By: _____ |
| 5 | Edward J. Maney ABN 12256<br>Chapter 13 Trustee |
| 6 | 101 North First Avenue, Suite 1775<br>Phoenix, AZ 85003 |
| 7 | (602) 277-3776 |
| 8 | ejm@maney13trustee.com |

CERTIFICATE OF MAILING FOR CASE NO. 2:19-13839-EPB

Copies of the foregoing mailed (see electronic signature below) to the following:

Attorney for Debtor (s):
Thomas Adams Mcavity
Phoenix Fresh Start Bankruptcy Attorneys
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85028-

Debtor (s):
KURT WAYNE NATION
8550 W. MCDOWELL ROAD
APT 213
PHOENIX, AZ. 85037

YOLANDA CHACON NATION
8550 W. MCDOWELL ROAD
APT 213
PHOENIX, 85037-

By:_____
    Trustee's Clerk